UNITED STATES DISTRICT COURT
for the
< Western > DISTRICT OF < Wisconsin >

DOC NO
REC'D/FILED
2018 JAN 26 AM 10: 32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

&lt;Name(s) of plaintiff(s)&gt; MS. Roy Mitchell

Plaintiff(s)

v.

&lt;Name(s) of defendant(s)&gt; ADA Wassberg et al.,

Defendant(s)

Case No. &lt;Number&gt; 16-CV-593-wmc

## NOTICE OF APPEAL

Notice is hereby given that &lt;Name all parties taking the appeal&gt;, [plaintiffs] [defendants] in the above named case &lt;See Rule 3(c) for permissible ways of identifying appellants.&gt;, hereby appeal to the United States Court of Appeals for the < 7th > Circuit [from the final judgment] [from an order &lt;describing it&gt;] entered in this action on &lt;Date&gt;. January, 23, 2018

Date: &lt;Date&gt; 1-23-2018

&lt;Signature of the attorney or unrepresented party&gt; MS Roy Mitchell

&lt;Printed name&gt; MS. Roy Mitchell
Attorney for &lt;party&gt;
&lt;Address&gt;
&lt;E-mail address&gt; lisamitchell626@gmail.com
&lt;Telephone number&gt;

Dated: 1-23-18

Re: Ms. Roy Mitchell v. Scott Walker et al. Case No. 16-cv-593-wmc please see Attached so duly "Notice of Appeal" Docketing Statement etc., Plaintiff so respectfully moves unto the Courts in "Exergant Time Sensitive" Expetical, Writ of Mandamus (Rule 21(a)) Standing Review of District Court's Screening Orders on January 23, 2018 at Docketing Text No. 12 and Dockings 3, 22, and 29, Denial orders so entered by the Court Plaintiff so elegantly Assert in Sound support of this Timed Sensitive request so setting forth the Court's Records too ate meritoriously so support the Standing of Writ of Mandamus prayerly so duly out unto the Court to lawfully, Constitutionally so relieve Plaintiff and free Plaintiff from further unrepairable Harms and detriment from so Named Defendants so setting forth Crawford v. Indiana Dept of Corrections 115 F.3d 481, 486 (7th Cir. 1997). Right's forebidding Discrimination is a fundamentally a right so Upholding as so defined by the Governing Constitutional enforcements in favor of persons so funder States Correctional Cares.

Dated: 1-23-2018

Ms. Roy Mitchell
lisamitchell1626@gmail.com