IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROY MITCHELL,

    Plaintiff,

v.

SARA WASSERBERG, et al.

    Defendants.

OPINION & ORDER

Case No. 16-cv-593-wmc

    Plaintiff Roy Mitchell, a transgender woman, is proceeding in this lawsuit on First, Eighth and Fourteenth Amendment claims against defendants Sara Wasserberg and Tina Gensler arising out of their alleged failure to consider her transgender identity in assigning her housing post-incarceration. On October 22, 2018, the court struck the November 2, 2018, dispositive motion deadline in this lawsuit because the parties were scheduled to mediate in Mitchell's other lawsuit pending before this court, *Mitchell v. Kallas*, Case No. 15-cv-108-wmc, and the results of that mediation may have resolved this lawsuit as well. (Dkt. ##91, 92.) However, the court declined to strike any other deadlines in an effort to keep this case on track for its May 20, 2019, trial date.

    Now Mitchell has written to the court, explaining that the mediation did not resolve her claims in this lawsuit and seeking to re-set the dispositive motion deadline. (Dkt. #99.) The court will grant this request, and to provide the parties and court additional time to account for the delayed dispositive motion deadline, extend the pretrial deadlines as well. The pretrial schedule is adjusted as follows:

    Dispositive motion deadline:    January 11, 2019

1

| | |
|---|---|
| Discovery cutoff: | April 19, 2019 |
| Final Pretrial Submissions and Disclosures: | April 26, 2019 |
| Responses: | May 10, 2019 |
| Final Pretrial Conference: | May 13, 2019, at 4:00 p.m. |
| Trial: | May 20, 2019, at 9:00 a.m. |

SO ORDERED.

Entered this 27th day of November, 2018.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge